

**MEMO ENDORSED**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Maxim Maiello**
Assistant Corporation Counsel
Phone: (212) 356-2082
Email: mamaiell@law.nyc.gov

**VIA ECF**

Honorable Jessica G. L. Clarke
United States District Court Judge
United States District Court, Southern District of N.Y.
500 Pearl Street
New York, NY 10007

Re: Juca et al v. Banks et al
Case No: 24-cv-07154-JGLC

*Application GRANTED. The conference scheduled for January 3, 2025 is ADJOURNED sine die. Parties to complete briefing by their proposed deadlines. The Clerk of Court is directed to terminate ECF No. 25.*

*SO ORDERED.*

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

*Dated: January 2, 2025*
*New York, New York*

Dear Judge Clarke:

This office represents Defendants David C. Banks, sued in his official capacity as Chancellor of the New York City Department of Education, and New York City Department of Education (collectively "City") in the above referenced action, and we are writing to request an extension of the Initial Pretrial Conference presently scheduled for January 3, 2025 (ECF 5), based on the pending Motion to Dismiss the First Amended Answer (ECF 23).

Pursuant to Individual Rule 4(e), Plaintiffs' letter notifying their intent to file an amended pleading or rely on the pleading being attacked is due by January 2, 2025. The parties propose the following schedule in lieu of the deadlines outlined in Local Rule 6.1(b) and Fed. R. Civ. P. 6: Plaintiffs' amended pleading or opposition to the Motion to Dismiss will be due by January 30, 2025, and Defendants' response to either will be due by February 21, 2025.

We are requesting adjournment of the Initial Pretrial Conference until after resolution of the Motion to Dismiss, until February 21, 2025 or later. We have contacted plaintiffs' counsel and they have consented to the extension of the Initial Pretrial Conference until resolution of the pending Motion to Dismiss.

Thank you for your consideration in this matter.

Very truly yours,

*Maxim Maiello*

Maxim Maiello
Assistant Corporation Counsel

cc: All parties via ECF